1  SALVATORE SCIANDRA, (SBN: 58256)
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 250
   Fresno, California 93721
3  559-233-1000 (voice)
   559-702-6697 (facsimile)
4  E-Mail: salsciandra@sbcglobal.net

5  Attorney for Defendant, SYDNEY ALLEN

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            )   Case No.1:15-cr-00170 LJO-SKO
                                         )
11           Plaintiff,                  )   AMENDED STIPULATION FOR
                                         )   MODIFICATION OF CONDITIONS OF
12      v.                               )   PRETRIAL RELEASE;
                                         )
13  SYDNEY ALLEN,                        )
                                         )
14           Defendant.                  )
                                         )
15  ─────────────────────────────────── )

16                         STIPULATION

17       For the reasons stated in the declaration of counsel attached to the original Stipulation For

18  Modification Of Pretrial Release, filed by Council on February 4, 2016, (Document No. 42),

19  defendant SIDNEY ALLEN by and through his counsel of record, Mr. Salvatore Sciandra, and

20  Plaintiff, United States of America, by and through its counsel of record, AUSA Kimberly

21  Sanchez, hereby stipulate to, and request that this Court adopt the request of the parties that the

22  previously imposed pretrial release order that defendant ALLEN participate in a program of

    electronic monitoring be modified as follows:

23       Defendant Allen shall participate in the following location monitoring program component

24  and abide by all the requirements of the program, which will include having a location monitoring

25  unit installed in your residence and a radio frequency transmitter device attached to your person.

    You shall comply with all instructions for the use and operation of said devices as given to you by

26  the Pretrial Services Agency and employees of the monitoring company you shall pay all or part of

27  the costs of the program based upon your ability to pay as determined by the pretrial services

28  officer; CURFEW: You are restricted to your residence every day from 9:00 PM to 6:00 AM or as

1 adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

2      All other conditions of release, not in conflict, shall remain in full force and effect.

3                        Respectfully submitted,

4 IT IS SO STIPULATED

5 Dated: February 8, 2016           /s/  Salvatore Sciandra

6                      SALVATORE SCIANDRA
Attorney for Defendant,

7 SYDNEY ALLEN

8 IT IS SO STIPULATED

9 Dated February 8, 2016          BENJAMIN B. WAGNER
Attorney for Plaintiff

10 UNITED STATES OF AMERICA

11 By: Approved by Email on 2/8/2016

12      KIMBERLY SANCHEZ
Assistant United States Attorney

13

14 **ORDER**

15     The Court has reviewed and considered the stipulation of the parties to modify conditions of

16 pretrial release. IT IS ORDERED that: Sydney Allen shall participate in the following location

17 monitoring program component and abide by all the requirements of the program, which will

18 include having a location monitoring unit installed in your residence and a radio frequency

19 transmitter device attached to your person. You shall comply with all instructions for the use and

20 operation of said devices as given to you by the Pretrial Services Agency and employees of the

21 monitoring company you shall pay all or part of the costs of the program based upon your ability to

22 pay as determined by the pretrial services officer; CURFEW: You are restricted to your residence

23 every day from 9:00 PM to 6:00 AM or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

24     All other conditions of release, not in conflict, shall remain in full force and effect.

25

26 IT IS SO ORDERED.

27 Dated:   **February 17, 2016**        **/s/ Sheila K. Oberto**
                  UNITED STATES MAGISTRATE JUDGE

28

2