1  SALVATORE SCIANDRA, (SBN: 58256)
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 250
   Fresno, California 93721
3  559-233-1000 (voice)
   559-702-6697 (facsimile)
4  E-Mail: salsciandra@sbcglobal.net

5  Attorney for Defendant, SYDNEY ALLEN

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,            )  Case No.1:15-cr-00170 LJO-SKO
                                        )
11          Plaintiff,                  )  STIPULATION AND ORDER FOR
                                        )  MODIFICATION OF CONDITIONS OF
12    v.                                )  PRETRIAL RELEASE
                                        )
13 SYDNEY ALLEN,                        )
                                        )
14          Defendant.                  )
                                        )
15

16                              STIPULATION

17     Defendant SIDNEY ALLEN by and through his counsel of record, Mr. Salvatore Sciandra,

18 and Plaintiff, United States of America, by and through its counsel of record, AUSA Kimberly

19 Sanchez, hereby stipulate to, and request that this Court adopt the request of the parties that the

20 previously imposed pretrial release order that defendant ALLEN participate in a program of

21 location monitoring, including electronic monitoring and the curfew be stricken.

22 / / /

23 / / /

24 / / /

25 / / /

26

27

28

1        Counsel has informed Pretrial Services Officer Ryan Beckwith of this stipulation and he has no objection.

                                              Respectfully submitted,

IT IS SO STIPULATED

Dated: August 2, 2016                      /s/   Salvatore Sciandra
                                                     SALVATORE SCIANDRA
                                                     Attorney for Defendant,
                                                     SYDNEY ALLEN

IT IS SO STIPULATED

Dated August 2, 2016                      PHILIP A. TALBERT
                                                     Acting United States Attorney
                                                     Attorney for Plaintiff
                                                     UNITED STATES OF AMERICA

                                                     By:    Approved in person on July 25, 2016
                                                     KIMBERLY SANCHEZ
                                                     Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **August 2, 2016**                    /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE