SALVATORE SCIANDRA, (SBN: 58256)
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 250
Fresno, California 93721
559-233-1000 (voice)
559-702-6697 (facsimile)
E-Mail: salsciandra@sbcglobal.net

Attorney for Defendant, SYDNEY ALLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SYDNEY ALLEN,<br><br>    Defendant. | Case No.1:15-cr-00170 LJO-SKO<br><br>AMENDED REQUEST FOR ORDER EXONERATING BOND AND; ORDER |

An order having been signed by this Court on August 25, 2016, dismissing the above-captioned case as to Defendant SYDNEY ALLEN, (Doc. 62.) The defendant by and through his counsel of record, Mr. Salvatore Sciandra, hereby applies to this Court for an order exonerating his property bond.

Respectfully submitted,

Dated: November 2, 2016         /s/   Salvatore Sciandra
                                SALVATORE SCIANDRA
                                Attorney for Defendant,
                                SYDNEY ALLEN

/ / /

/ / /

/ / /

# ORDER GRANTING EXONERATION OF BOND

Good cause having been shown, it is hereby Ordered that bond in the above entitled case is exonerated:

Contra Costa Assessors Parcel No.: 530-170-012
Trustor: Sydney Allen Jr.
Contra Costa County Recorder DOC-2015-0143942-00
Recorded: July 10, 2015

IT IS SO ORDERED.

Dated: **November 2, 2016**      /s/ Lawrence J. O'Neill
                                 UNITED STATES CHIEF DISTRICT JUDGE